No. 94–492. UNION SCHOOL DISTRICT ET AL. *v.* SMITH, BY AND THROUGH HIS PARENTS, SMITH ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–493. ROKKE *v.* CHECK SERVICES NORTHWEST. Ct. App. Wash. Certiorari denied.

No. 94–497. VAUGHAN *v.* BENEDICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–507. STARNES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–517. LAUGHLIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–519. GONZALEZ *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–522. BANDA GUTIERREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–524. LEE *v.* STATE BAR OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–537. GODFREY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–541. ANDERS *v.* WEST MEAD TOWNSHIP ZONING HEARING BOARD ET AL. Commw. Ct. Pa. Certiorari denied.

No. 94–572. GILE *v.* OPTICAL RADIATION CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–579. RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–583. YURCH *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 94–600. KELLY *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 94–5003. CRUZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.